lant, Impleaded with WASHBURN-CROSBY COMPANY and Another.— Judgment and order affirmed, with costs. All concur.

HERBERT J. LANKTON, Appellant, v. HENRY F. LADE and Others, Respondents.— Judgment affirmed, with costs. All concur.

REGINA BUSSMAN, as Administratrix de Bonis Non, etc., of ANTON BUSSMAN, Deceased, Respondent, v. PETER W. VAN PEYMA and Others, Appellants, Impleaded with Others.— Judgment and order affirmed, with costs. All concur.

PALMER-MARCY Co., INC., Respondent, v. ISADORE N. GORDON and Another, Appellants, and HYMAN OSBAND, Respondent.— Judgment affirmed, with costs. All concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMELLO TRIMARCHI, Appellant.— Motion granted, to amend order of reversal entered October 13, 1920, so as to provide that the order denying motion for new trial on ground of newly-discovered evidence be affirmed.

BESSIE L. LOOMIS, as Administratrix, etc., Respondent, v. DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

JOHN B. SAUVE, as Administrator, etc., Appellant, v. E. W. FOLEY CONTRACTING CORPORATION, Respondent.— Motion granted and appeal dismissed.

CORA J. HARRISON, Respondent, v. WILLIAM HARRISON, Appellant.— Motion granted and appeal dismissed, with costs.

EARL D. HASKINS, Respondent, v. LILLIAN D. BLACKWOOD and Others, Appellants.— Motions granted and appeals dismissed.

GERVAS CANNING COMPANY, Appellant, v. M. CUSHMAN & COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

EDITH S. BEANE, Appellant, v. CHARLES G. MADER, Respondent.— Motion to dismiss appeal denied. Case may be set down for argument any day of second week of present term, at the option of the respondent.

ANNA ALLEN, as Administratrix, etc., Respondent, v. WALKER D. HINES, as Director General of Railroads, Appellant.— Motion to dismiss appeal denied, but case may be argued as soon as ready at present term.

HARRIET A. GOODE, Respondent, v. HELEN SHARTLE, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and briefs and pay to respondent's attorneys ten dollars within thirty days, and be ready for argument at opening of January term.

ELEANOR M. CONLEY, Respondent, v. JOSEPH J. LUGIA and Others, Appellants.— Motion to dismiss appeal granted, unless appellants shall file and serve printed papers and briefs and pay to respondent's attorney ten dollars by November twenty-third, and be ready for argument on November twenty-ninth.

WALLACE J. OLDS and Another, Respondents, v. STATE CHARITIES AID ASSOCIATION, Appellant.—-The justices qualified to sit in this appeal being equally divided and unable to render a decision therein, the same is transferred to the Appellate Division, Third Department, to be there heard and

determined, pursuant to section 231 of the Code of Civil Procedure. Lambert, J., not sitting.